**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **JACQUELINE COX,**<br><br>Plaintiff,<br><br>v.<br><br>**3M COMPANY and ARIZANT HEALTHCARE, INC., *et al.*,**<br><br>Defendants. | **No. 17-cv-1425**<br><br>**District Judge Joan N. Ericksen**<br><br>**Magistrate Judge David T. Schultz** |

**NOTICE OF APPEAL**

Plaintiff, Jacqueline Cox, hereby gives notice of her appeal to the United States Court of Appeals for the Eighth Circuit from the Judgment (Rec. Doc. 24) entered September 2, 2026, and all opinions and orders that merge therein of the Honorable Joan N. Ericksen, District Judge for the District of Minnesota, dismissing Plaintiff's claims in their entirety.

This final judgment dismissed Plaintiff's claims in their entirety, pursuant to the Court's Order of September 1, 2026 (MDL 2666, Rec. Doc. 3639). This Order adopted the Magistrate Judge's Order & Report and Recommendation (MDL 2666, Rec. Doc. 3449) which overruled Plaintiff's objections, denied Plaintiff's motions for leave to amend, and granted Defendants' Motion for Judgment on the Pleadings (MDL 2666, Rec. Doc. 2997) dismissing this matter with prejudice.

Dated: October 1, 2026

Respectfully submitted,

*/s/ Emma Sikora Paulus*

Emma Sikora Paulus (74362MO)
Joseph A. Frank (38241MO)
BROWN AND CROUPPEN, P.C.
4900 Daggett Avenue
St. Louis, MO 63110

Phone: (314) 561-6260
emmas@getbc.com
joef@getbc.com

*Attorneys for Plaintiff-Appellant Jacqueline Cox*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s Emma Sikora Paulus*